

ORDERED in the Southern District of Florida on January 2, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| In re: | : | CASE NO.: 22-19178-LMI |
|---|---|---|
| ROLANDO JOSE RUIZ | : | |
| YESEYLIN D. RUIZ | : | CHAPTER 7 |
| | : | |
| Debtors. | : | |
| _____/ | | |

**ORDER AWARDING FINAL TRUSTEE FEES AND EXPENSES**

THIS MATTER came before the court upon the final application for compensation and expenses [ECF#47] filed by Trustee, Robert A. Angueira. After notice to all creditors (if applicable), the court has considered the applications and finds that the following allowances are reasonable under the applicable provisions of the Bankruptcy Code. Therefore, it is **ORDERED** as follows:

1. Robert A. Angueira, Trustee is allowed total final fees of $1,450.00 and total final expenses in the amount of $117.20, which includes the fees and expenses sought in the pending application and all previously awarded interim fees and expenses, if any.

2. The trustee is authorized to make the balance of payments set forth in this order or to pay the awards pro rata if there are insufficient funds.

In allowing the foregoing fees, this court has considered the criteria specified in 11 U.S.C. §§ 326, 328 and 330, and the requirements of Bankruptcy Rule 2016, in light of the principles stated in *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 478 U.S. 546 (1986); *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); and *Norman v. Housing Auth. of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988).

###

Submitted by:

ROBERT A. ANGUEIRA
Chapter 7 Trustee.
16 SW 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail: trustee@rabankruptcy.com

Copies furnished to:
Robert A. Angueira, Trustee

*Trustee Robert Angueira shall serve a copy of this order on all required parties and file with the court a certificate of service confirming with Local Rule 2002-1(F).*